UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| JOHN B. FROHLING : | Crim. No. 11-84 (SRC) |

This matter having been opened by the Court following the July 18, 2011 sentencing of defendant John B. Frohling ("Defendant") (S.M. Chris Franzblau, Esq., appearing) after Defendant pled guilty on February 9, 2001, to a one-count Information filed by the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), which charged Defendant with conspiracy to commit bank fraud, contrary to Title 18, United States Code, Section 1344, in violation of Title 18, United States Code, Section 1349; and the Court having imposed a sentence of, among other things, three years' probation, including one year of home incarceration with electronic monitoring; and the court having also ordered Defendant to pay restitution to the victim of his offense, Mortgage Lenders Network, LLC, as set forth in the Judgement of Conviction issued by the Court in this matter; and the address for delivery of restitution payments being uncertain at the time of sentencing; and that information having now become apparent; and for good cause shown,

IT IS on this 1st day of August, 2011

**ORDERED** that, Defendant shall pay restitution to the victim of his offense, Mortgage Lenders Network, LLC, as set forth in the Judgement of Conviction issued by the Court in this matter to: Neil Luria, as the Liquidating Trustee for the Liquidating Trust of Mortgage Lenders

Network USA, Inc., care of Navigant Capital Advisors, LLC, 15900 South Park Boulevard, in Shaker Heights, Ohio, 44120, to the attention of Identification Number 27-6073868; and it is further,

**ORDERED** that, this Order shall supplement but not otherwise affect the sentence imposed by the Court on July 18, 2011, and memorialized in the Judgment of Conviction issued by the Court in this matter.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge

# FRANZBLAU DRATCH, P.C.
ATTORNEYS AT LAW
PLAZA ONE
354 EISENHOWER PARKWAY
P.O. BOX 472
LIVINGSTON, N.J. 07039-0472
(973) 992-3700
TELECOPIER (973) 992-7945 OR (973) 994-0130
email: <fullname>@njcounsel.com

WRITER'S DIRECT DIAL: (973) 533-7264

S. M. CHRIS FRANZBLAU
STEPHEN N. DRATCH*
MARTIN L. FENIK*
PATRICK T. COLLINS◊▽
JULIAN WILSEY
BRIAN M. DRATCH*
ELIZABETH A. DELAHUNTY△

NEW YORK OFFICE
233 BROADWAY
SUITE 2701
NEW YORK, NY 10279
(212) 571-1808
PLEASE REPLY TO N.J. OFFICE

WEBSITE:
www.njcounsel.com

OF COUNSEL
RICHARD E. MISCHEL*
ALLEN B. PEARL
CYRUS J. BLOOM
SANFORD F. YOUNG*◊
ADAM D. DRATCH*

*NJ & NY BAR
△NJ, NY & FL
◊PA BAR
□CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL ATTORNEY
▽CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

July 28, 2011

andre.espinosa@usdoj.gov
Andre Espinosa, Esq.
Assistant U.S. Attorney
U. S. Department of Justice
970 Broad Street Suite 700
Newark, NJ 07102

Re:   John B. Frohling

Dear Andre:

The form of the Order is acceptable. Please advise Theresa and, if necessary, I will sign it as a Consent Order.

Thank you for your cooperate and help.

Very truly yours,

S. M. Chris Franzblau

SMCF:cat
cc:   John Frohling

Page 1 of 1