PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: John Frohling

Cr.: 2:11 CR 084-1
PACTS #: 60118

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler
Senior United States District Judge

Date of Original Sentence: July 18, 2011

Original Offense: Bank Fraud - Conspiracy to Defraud a Financial Institution.

Original Sentence: Probation - 36 months; Special Assessment - $100; Restitution - $114,000.00

Type of Supervision: Probation                    Date Supervision Commenced: July 18, 2011

## STATUS REPORT

U.S. Probation Officer Action:

On July 18, 2011, the offender was sentenced by Your Honor to 36 months probation. The following special conditions were imposed: Location monitoring program - 12 months, mental health treatment, no new debt/credit, and occupational restrictions. He was also ordered to pay a $100 special assessment and $114,000.00 in restitution.

Mr. Frohling currently resides in Jersey City, New Jersey. He has been self-employed with Frohling Associates since February of 2006. We believe that Mr. Frohling has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $3,100.00 toward his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Frohling's term of supervision to expire as scheduled on July 17, 2014.

Respectfully submitted,
Barbara Kerrigan
Barbara R. Kerrigan
Supervising U.S. Probation Officer
Date: May 20, 2014

PROB 12A - Page 2
John Frohling

[✗] Concur with the Recommendation of the U.S. Probation Office. Supervision to Expire on July 17, 2014.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

5/27/14
Date